**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JOHNELL DEMPSEY (#458759)                        CIVIL ACTION

VERSUS

BURL CAIN, WARDEN, ET AL.                        NO. 09-0666-JJB-CN

O R D E R

On August 19, 2009, the pro se plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding against Warden Burl Cain, Jeremy McKey, Tyson Bonnette, Kelly Fagan and Major Minyard, complaining that his constitutional rights have been violated, commencing in May, 2009, through the imposition of a false disciplinary charge and resulting punishment without appropriate due process, and through the loss or mishandling of his personal property.

By correspondence dated September 10, 2009, the Clerk of Court directed the plaintiff to resubmit his Complaint within fifteen (15) days on the Court's approved Complaint form. Rec.doc.no. 4. The plaintiff was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice." Id.

Despite notification of the need to resubmit his Complaint within fifteen (15) days, the plaintiff has failed to comply with the Court's directive. Therefore, this proceeding shall be dismissed, without

prejudice, for failure of the plaintiff to correct the deficiency of which he was notified.

Judgment shall be entered in accordance with this Ruling.

Baton Rouge, Louisiana, this \_\_\_7th\_\_\_ day of October, 2009.

_____
**JAMES J. BRADY**
**UNITED STATES DISTRICT JUDGE**