UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNELL DEMPSEY (#458759)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 09-666-JJB-CN

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 18, 2011 (doc. no. 41). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Summary Judgment (doc. no. 33) is DENIED, and the defendant's Motion for Summary Judgment (doc. no. 34) is GRANTED, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 9th day of May, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA